QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
claudestern@quinnemanuel.com

Attorneys for Plaintiff
Corbis Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORBIS CORPORATION, | CASE NO. C 05 4806 (MEJ) |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL OF REMAINING CLAIMS; STIPULATION |
| PLAN DESIGN CONSULTANTS, INC., | |
| Defendant. | |

### ORDER

The parties to this action, Plaintiff Corbis Corporation and Defendant Plan Design Consultants, Inc., hereby stipulate to dismiss this case with prejudice as follows based on a confidential settlement agreement between the parties that has been fully executed. Based on this stipulation, the Court hereby ORDERS, DECREES, and ADJUDGES as follows:

1. Defendant Plan Design Consultants, Inc. consents to judgment against it on Corbis Corporation's first claim for relief, copyright infringement pursuant to 17 U.S.C. §§ 101, et seq. Defendant Plan Design Consultants, Inc. is hereby adjudged to have infringed Corbis Corporation's copyrighted images, identified in attached Exhibits A and B, by copying and displaying said images without authorization on Plan Design Consultants, Inc.'s website, http://plandesign.com.

Case No. C 05 4806 (MEJ)
CONSENT JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL; STIPULATION

2.  Defendant Plan Design Consultants, Inc., and any and all of its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it who receive actual notice of this Order are prohibited and enjoined from engaging in any of the following conduct:

   a.  Either directly or indirectly, contributorily or vicariously, taking any action to reproduce, distribute, publish, display, sell, offer for sale, or create derivative works of the images identified in attached Exhibits A and B.

   b.  Using the images identified in attached Exhibits A and B in connection with the advertising, promoting, offering for sale or sale of any product or service.

   c.  Failing, immediately upon entry of this Order, to review Plan Design Consultants, Inc.'s paper and electronics files and systems (including without limitation all networks, personal computers, removable media, catalogues and websites under its control) and remove, delete and otherwise destroy all uses of the images identified in Exhibit A from such files and systems and ensure that they have blocked access to, deleted and destroyed any and all copies of the images identified in attached Exhibits A and B.

3.  This permanent injunction is effective immediately without the need for any bond to be posted.

4.  All claims remaining in this action are hereby dismissed <u>with prejudice</u>. Each party shall bear its own costs and attorneys' fees.

5.  This Court shall retain jurisdiction over the parties for the purposes of any proceeding to enforce this Judgment.

6.  This Judgment is hereby made final.

DATED: January 24, 2006

By_____
Judge Maria-Elena James

The Clerk of Court shall close the file.

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## STIPULATION

Plaintiff Corbis Corporation and Defendant Plan Design Consultants, Inc., hereby stipulate to entry of the aforesaid consent judgment, permanent injunction and dismissal of remaining claims.

DATED: January 17, 2006          CORBIS CORPORATION

By _____
James D. Mitchell
Vice President & General Counsel
Corbis Corporation
710 Second Avenue, Suite 200
Seattle, WA 98104

DATED: January 9, 2006          PLAN DESIGN CONSULTANTS, INC.

By _____
Paul Carlson, President
Plan Design Consultants, Inc.
1810 Gateway Drive, Suite 300
San Mateo, CA 94404

APPROVED AS TO FORM
DATED: Jan 23, 2006          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Claude M. Stern (096737)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
*Attorneys for Corbis Corporation*

-4-                                                            Case No. C 05 4806 (MEJ)
CONSENT JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL; STIPULATION